# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                    **Case No: 6:23-bk-00162-LVV**
                                                          **Chapter 13**
**ANTONIA LEMONT TATE,**

                    **Debtor.**

_____/

## CERTIFICATE OF SERVICE

A true and correct copy of the Debtors' original Notice of Chapter 13 Bankruptcy Case (Doc. 5) with full Social Security Number of the Debtor have been sent via US Mail on this 15th of February 2023 to the ADDED creditors listed below:

Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335

Honda Financial Services, PO Box 15027, Atlanta, GA 30348

Charles W. McBurney Jr., Esq, 6320 St. Augustine Road, Suite 6B Jacksonville, FL 32217

I C Systems, Inc., 444 Hwy, 96 East, PO Box 64437, Saint Paul, MN 55164-0743

Meridian Financial Services, PO Box 1410, Asheville, NC 28802-1410

Navy Federal Credit Union, PO Box 3600, Merrifield, VA 22116


/s/ Robert B. Branson
_____
Robert B. Branson, Esquire
Florida Bar No.: 080988
E-mail: *bob@bransonlaw.com*
**BransonLaw, PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor