**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| ANTONIA LEMONT TATE, | Case No.: 6:23-bk-00162-LVV |
| Debtor._____/ | |

## AMENDED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND APPEARANCE AT RULE 2004 EXAMINATION

PLEASE TAKE NOTICE that Rapid Growth Holdings, LLC, judgment creditor and party-in-interest ("RGH"), by and through its undersigned attorneys, and pursuant to Local Rule 2004-1, hereby moves for an order compelling the production of documents and appearance at a Fed. R. Bankr. P. 2004 ("Rule 2004") examination and determining that 145 Palmetto Farms, LLC's ("Examinee") objections, if any, have been waived for failure to comply with the properly issued Notice of Rescheduled Examination of Corporate Representative of 145 Palmetto Farms, LLC pursuant to the Notice of Rescheduled Rule 2004 Examination, dated March 13, 2023 (Doc. No. 50) ("Rescheduled Examination Notice").

## BACKGROUND

1.  On January 17, 2023, Debtor Antonia Lemont Tate ("Debtor") filed his Petition for Relief under Chapter 13 of the Bankruptcy Code.

2.  On March 3, 2023, Debtor filed an Amended Petition for Relief (Doc. No. 43) marking his case as a Chapter 11 and on March 13, 2023, Debtor filed his Motion to Convert to Chapter 11 (Doc. No. 47).

1

3. On April 10, 2023, this Court entered its Order Converting Case from Chapter 13 to Chapter 11 (Doc. No. 69).

4. On February 10, 2023, RGH properly noticed the Rule 2004 Examination of the corporate representative of Examinee (Doc. No. 16) (the "First Examination Notice"). Attached to the First Examination Notice was the Subpoena for Rule 2004 Examination of Examinee (the "Subpoena"). The Subpoena required that certain documents be furnished to the undersigned's office by February 27, 2023 and required the examination of the Examinee's corporate representative on March 13, 2023 at 10:00 a.m. EST.

5. On March 10, 2023, RGH properly served the Subpoena upon Antonia Tate, as registered agent of Examinee. *See* a copy of the affidavit of service attached to this Motion as **Exhibit A**. Upon request, RGH agreed to grant Examinee additional time to present its corporate representative for examination.

6. As such, on March 13, 2023, RGH properly filed its Rescheduled Examination Notice which provided that the rescheduled examination of the Examinee's corporate representative would be held on March 24, 2023 at 12:00 p.m. EST at the office of the undersigned. The Rescheduled Examination Notice also reaffirmed that pursuant to the Subpoena, Examinee was required to produce documents on or before February 27, 2023 but that Examinee had failed to produce such documents.

7. As of today's date, Examinee has failed to furnish any documents and has not served any objections to the Subpoena. Additionally, the Examinee did not present its corporate representative for examination on March 24, 2023 at 12:00 p.m. EST or at any other time.

8. Pursuant to Local Rule 2004-1(f), a subpoena is required to compel the attendance or the production of documents of a witness other than the debtor. The provisions of Fed. R. Civ.

P. 45 apply to such subpoenas. *See* Fed. R. Bankr. P. 9016. Pursuant to Fed. R. Civ. P. 45(d)(2)(B), objections to production of documents must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If requested documents are not served timely, objections are waived. *Universal City Dev. Ptnrs, Ltd. v. Ride & Show Eng'g, Inc.*, 230 F.R.D. 688, 697 (M.D. Fla. 2005)("Failure to serve written objection to a subpoena within the time specified by Fed. R. Civ. P. 45 typically waives any objections the party may have."); *Raynor v. Greenlight Cap. Qualified, L.P.*, 2008 Bankr. LEXIS 1671, at *4 (Bankr. D. Neb. May 23, 2008); *see also* Local Rule 2004-1(c) (suggesting that a request for documents under Local Rule 2004-1 may be construed as a request under Fed. R. Bankr. P. 7034 (which incorporates Fed. R. Civ. P. 34)).

9. Examinee was required to serve documents by February 27, 2023. Examinee was served on March 10, 2023, but has still not produced requested documents. As such, Examinee has waived its right to object to the 2004 Notice's request for documents.

10. Bankruptcy Rule 2004 provides in relevant part as follows:

> (c) Compelling Attendance and Production of Documents or Electronically Stored Information. The attendance of an entity for examination and for the production of documents . . . may be compelled as provided in Rule 9016 for the attendance of a witness at a hearing or trial . . .

11. "The 'primary and traditional function' of a subpoena is to 'compel the attendance of witnesses and the production of documents to formal court proceedings during the pretrial stage of the civil case or at trial.'" *In re Marathe*, 459 B.R. 850, 857 (Bankr. M.D. Fla. 2011)(quoting *United States v. Santiago-Lugo*, 904 F. Supp. 43, 46 (D.P.R. 1995)). Moreover, "[b]ecause the purpose of the Rule 2004 investigation is to aid in the discovery of assets, any third party who can be shown to have a relationship with the debtor can be made subject to a Rule 2004 investigation." *In re Ionosphere Clubs*, 156 B.R. 414, 432 (S.D.N.Y. 1993).

12.     It is well established that the scope of an examination under Rule 2004 is unfettered and broad. *In re GHR Energy Corp.*, 33 B.R. 451, 453 (Bankr. D. Mass. 1983). Indeed, "discovery under Rule 2004 is broad in scope, often likened to a 'fishing expedition'" *In re Gaime*, No. 8:18-bk-05198-RCT, 2018 Bankr. LEXIS 4136, at *6 (Bankr. M.D. Fla. Dec. 18, 2018); *see also In re Wilcher*, 56 B.R. 428, 433 (Bankr. N.D. Ill. 1985)(stating that "the examination can 'legitimately be in the nature of a "fishing" expedition'"). South Carolina's public records reflect that the Debtor is the registered agent of the Examinee. Furthermore, the Debtor has listed Examinee as a financial asset in Schedule A/B (Doc. No. 32). The purpose of the 2004 Notice is to seek more information about the nature of the Debtor's relationship with the Examinee, whether it be managerial, proprietary, contractual or otherwise, and to determine whether payments have been made from Examinee to the Debtor.

13.     WHEREFORE, RGH respectfully requests that this Court enter an Order (i) compelling the appearance of the corporate representative for Examinee for a Rule 2004 examination pursuant to the 2004 Notice and subpoena; (ii) deeming all objections, if any, waived; and (iii) granting all other appropriate relief this Court deems proper.

Respectfully submitted this 27th day of April, 2023.

*/s/ John J. Bennett*
Michael A. Nardella, Esq.
Florida Bar No. 051265
John J. Bennett, Esq.
Florida Bar No. 98257
Nardella & Nardella, PLLC
135 W. Central Blvd., Suite 300
Orlando, FL 32801
(407) 966-2680
jbennett@nardellalaw.com
msayne@nardellalaw.com

*Counsel for Rapid Growth Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 27, 2023, a true and correct copy of this Amended Motion has been furnished via (i) CM/ECF to all parties registered to receive electronic notification; and (ii) via first class, United States mail, postage prepaid to Debtor, Antonia Lemont Tate at the following addresses: 3415 West Lake Mary Blvd. Suite 950702, Lake Mary, FL 32795 and 1056 Lakeside Estates Dr., Apopka, FL 32703; and to Examinee at the following address: 145 Palmetto Farms, LLC, c/o Corporate Representative, 1056 Lakeside Estates Dr., Apopka, FL 32703.

*/s/ John J. Bennett*
John J. Bennett, Esq.

# EXHIBIT A



## VERIFIED RETURN OF SERVICE

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
**6:23-BK-00162-LVV 03/14/2023**

:
VS.
DEBTOR :
**ANTONIA LEMONT TATE**

For:
**Nardella & Nardella, P.L.L.C.**
135 West Central Boulevard Suite 300
Orlando, FL 32801

RECEIVED BY LEXITAS PROCESS SERVICE ON **03/10/2023** AT 9:00AM TO BE SERVED ON **145 PALMETTO FARMS LLC.**

I, **ANTHONY KO**, DO HEREBY AFFIRM THAT ON **03/10/2023** AT **10:12 AM**, I:

**BUSINESS-SUBSTITUTED:** SERVED THE WITHIN NAMED **WITNESS** BY DELIVERING A TRUE COPY OF THE **SUBPOENA FOR RULE 2004 EXAMINATION AND EXHIBIT "A"** TO **ANTONIA TATE, AUTHORIZED,** AT THE ADDRESS OF **145 PALMETTO FARMS LLC,** 135 W. CENTRAL BLVD., ORLANDO, FL 32801, A PERSON EMPLOYED THEREIN AND AUTHORIZED TO ACCEPT SERVICE AND INFORMED SAID PERSON OF THE CONTENTS THEREOF.

ADDITIONAL INFORMATION PERTAINING TO THIS SERVICE:

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process server in the circuit in which service was effectuated in accordance with Florida Statutes, and that I have no interest in the above action.

_____
ANTHONY KO
CPS#0250/CPS#180029
Lexitas Process Service
20 North Orange Ave # 700
Orlando, FL 32801

Lexitas Job # 8699720
Client File #: 22310-001