[Donci117] [District Order Converting Case from Chapter 11 to Chapter 7 Individual]

ORDERED.

Dated: October 19, 2023

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Antonia Lemont Tate

_____Debtor*_____/

Case No.
6:23–bk–00162–LVV
Chapter 7

### ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7

THIS CASE came on for hearing on October 18, 2023 on the confirmation of Chapter 11 plan The Court finds that Debtor is eligible for relief under Chapter 7 of the Bankruptcy Code. Accordingly, it is

**ORDERED:**

1. This case is converted to a case under Chapter 7 of the Bankruptcy Code.

2. Within 14 days from the date of this Order, Debtor shall file a Chapter 7 Statement of Income (Means Test), a Statement of Intent, and any unfiled schedules or Statement of Financial Affairs required by Fed. R. Bankr. P. 1007, or the case may be dismissed without further notice. The following documents are needed: Chapter 7 Statement of Income (Means Test).

3. Within 14 days from the date of the Order Converting Case, as required by Fed. Bankr. P. 1019, Debtor shall file a schedule of debts incurred after the commencement of the case and before the entry of the Order Converting Case, including the name and address of each holder of a claim. If Debtor is represented by an attorney, the attorney shall upload the additional holders of claims via CM/ECF. Debtor or Debtor's attorney shall serve a copy of the Order Converting Case and this notice on each additional holder of a claim and shall file a proof of service with the Court. If the case is converted after confirmation of a plan, Debtor shall also file a schedule of all properties acquired after the commencement of the case but before the entry of the order of confirmation, and a schedule of all executory contracts and unexpired leases entered into or assumed after the commencement of the case but before the entry of the Order Converting Case.

4. Within 14 days from the date of the Order Converting Case, Debtor shall pay unpaid filing fees in the amount of N/A and the $15.00 fee for converting the case, if not previously paid. Failure to pay the overdue filing fee may result in dismissal of the case or the discharge being withheld. Payment shall be made by cashier's check or money order payable to

Clerk, U.S. Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

5. All hearings pending in the Chapter 11 case are cancelled.

6. Pursuant to Local Rule 4001−1(c)(5), any motion for relief from stay pending as of the date of this order is abated until the movant files an amended motion for relief from stay in the converted case and serves it on the appropriate parties.

7. Any appointed creditors' committee is dissolved

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

## *NOTICE REGARDING CONVERSION TO CHAPTER 7*

1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. § 341, for **December 8, 2023** at **02:00 PM**. **Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 733 463 8854, and passcode 2613903470, or call 386–320–7758**. Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. The § 341 meeting may be adjourned from time to time without further written notice.

2. The U.S. Trustee has appointed a Chapter 7 Trustee:

Robert Altman
PO Box 922
Palatka, FL 32178–0922

3. The last day for filing a complaint seeking an exception to discharge under 11 U.S.C. § 523(a)(2), (a)(4), or (a)(6) is February 6, 2024. If no such complaint is timely filed, the discharge will be granted and will encompass debts that might not be subject to discharge.

4. Please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

5. Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073–1 restricts the entry of cellular telephones and computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.