**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**

**ANTONIA LEMONT TATE,**

    **Debtor.**

_____/

**SAJID MUNIR and ALFALAH, LLC,**

    **Plaintiffs,**

**v.**

**ANTONIA LEMONT TATE,**

    **Defendant.**

_____/

**Case No. 6:23-bk-00162-LVV**

**Chapter 7**

**Adv. No. 6:23-ap-00036-LVV**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to the moving party at BransonLaw, PLLC, 1501 E. Concord Street, Orlando, FL 32801 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

**MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR/DEFENDANT**

JEFFREY S. AINSWORTH, ESQ.; ROBERT B. BRANSON, ESQ.; JACOB D. FLENTKE, ESQ. (Flentke Legal Consulting, PLLC, Of Counsel); and the Law

**Firm of BRANSONLAW, PLLC** (collectively, "Counsel"), request approval to withdraw as counsel of record for **ANTONIA LEMONT TATE**, and states:

1. Counsel represents ANTONIA LEMONT TATE.

2. Counsel seeks to withdraw as counsel of record for ANTONIA LEMONT TATE because irreconcilable differences have arisen between Counsel and the Debtor which require Counsel to seek leave to withdraw as attorney for the Debtor.

WHEREFORE, Counsel requests that the Court enter an order authorizing Counsel to withdraw as counsel for ANTONIA LEMONT TATE, and for such further relief as the Court deems appropriate.

Dated: December 14, 2023

/s/ Jeffrey S. Ainsworth
JEFFREY S. AINSWORTH
Florida Bar No. 60769
JACOB D. FLENTKE
Flentke Legal Consulting, PLLC, Of Counsel
Florida Bar No. 25482
ROBERT B. BRANSON
Florida Bar No. 800988
**BransonLaw, PLLC**
1501 E. Concord St.
Orlando, FL  32803
Phone:  407-894-6834
Fax:  407-894-8559
E-mail:  jeff@bransonlaw.com
    jacob@bransonlaw.com
    jacob@flentkelegal.com
    bob@bransonlaw.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission or by U.S. Mail this 14th day of December, 2023, to: Ray Rotella, Kosto & Rotella, P.A., P.O. Box 113, Orlando, FL 32802; and to Debtor: Antonia Lemont Tate, 1056 Lakeside Estates, Apopka, FL 32703.

/s/ Jeffrey S. Ainsworth
JEFFREY S. AINSWORTH