ORDERED.

Dated:  January 23, 2024

_____
Lori V. Vaughan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No.: 6:23-bk-00162-LVV
                                                                    Chapter 7
**ANTONIA LEMONT TATE,**

     Debtor.
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS

This case came before the Court without a hearing to consider the Motion to Withdraw as Counsel for Debtors filed by Jeffrey S. Ainsworth, Robert B. Branson, Jacob D. Flentke, and BransonLaw, PLLC, (Doc. No. 276) (collectively, "Counsel").  The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 14 days of the date of service.  No party filed a response within the time permitted and the Court therefore considers the matter to be unopposed.  Accordingly, it is

**ORDERED:**

1. The Motion (Doc. No. 276) is GRANTED.

2. Jeffrey S. Ainsworth, Robert B. Branson, Jacob D. Flentke, and BransonLaw, PLLC, are relieved of any and all further duties and responsibilities for Antonio Lemont Tate in this case.

3. Parties should serve all future correspondence and pleadings on Antonio Lemont Tate at this address: 3415 W. Lake Mary Blvd, Ste 950702, Lake Mary, FL 32795.

Attorney for Debtor, Jeffrey S. Ainsworth, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.