ORDERED.

Dated:  January 30, 2024

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

ANTONIA LEMONT TATE,                           Case No.: 6:23-bk-00162-LVV

  Debtor.                                                          Chapter 7
_____/

**ORDER GRANTING WELLS FARGO BANK N.A. D/B/A**
**WELLS FARGO AUTO'S MOTION TO ALLOW LATE CLAIM**

THIS CASE came before the Court upon the Motion (the "Motion") (Doc. 200) of Wells Fargo Bank N.A., d/b/a Wells Fargo Auto ("Wells Fargo"), to Allow Late Claim. Based upon the Motion and the representations of counsel at the hearing on January 23, 2024, it is

**ORDERED**:

1. The Motion is granted.

2. Wells Fargo is allowed to file a late claim and it shall be deemed as timely filed.

3. To the extent that Wells Fargo files a secured claim, the Trustee is not required to pay such claim unless and until the Trustee sells the collateral securing the claim.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

74649582;1