**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

ANTONIA LEMONT TATE,                               Case No.: 6:23-bk-00162-LVV

      Debtor.                                           Chapter 7

_____/

**PROOF OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Order Granting Wells Fargo Bank N.A. d/b/a Wells Fargo Auto's Motion to Allow Late Claim (Doc. 289) was served via CM/ECF after the docketing to all creditors and parties-in-interest who have consented to receiving electronic notifications in this case, and on February 1, 2024, by United States mail, postage prepaid and properly addressed, to the following:

| | |
|---|---|
| Antonia Lemont Tate<br>3415 W. Lake Mary Blvd.<br>Suite 950702<br>Lake Mary, FL 32795 | Antonia Lemont Tate<br>1056 Lakeside Estates<br>Apopka, FL 32703 |

Dated: February 1, 2024                AKERMAN LLP

                                       By: */s/ Raye C. Elliott*
                                           Raye C. Elliott, Esq.
                                           Florida Bar Number: 018732
                                           Email: raye.elliott@akerman.com
                                           401 East Jackson Street, Suite 1700
                                           Tampa, FL 33602
                                           Phone: (813) 223-7333
                                           Fax: (813) 223-2837

                                           and

                                           David E. Otero, Esq.
                                           Florida Bar Number: 651370
                                           Email: david.otero@akerman.com
                                           50 North Laura Street, Suite 3100
                                           Jacksonville, Florida 32202
                                           Phone: (904) 798-3700
                                           Fax: (904) 798-3730

                                           Attorneys for Robert Altman, Chapter 7 Trustee

74807974;1