ORDERED.

Dated:  February 06, 2024

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

ANTONIA LEMONT TATE,                                    Case No.: 6:23-bk-00162-LVV

        Debtor.                                                                Chapter 7
_____/

**ORDER ABATING DEBTOR'S OBJECTION TO**
**CLAIM NO. 7 OF SAJID MUNIR (DOC. 219)**

THIS CASE came before the Court upon the Objection to Claim No. 7 of Sajid Munir (Doc. 219) (the "Munir Objection") filed by the Debtor, Antonia Lemont Tate (the "Debtor"), and the Objection to Debtor's Objection to Proof of Claim #7 (Doc. 246) filed by Sajid Munir (the "Response"). A hearing was held on the Munir Objection and Response on January 23, 2024. For the reasons stated in open court, it is

ORDERED:

1. The Munir Objection is abated until such time as the Court determines there is a surplus in the case for the Debtor to receive a distribution or, a until such time as the debt is determined to be nondischargeable or excepted from the Debtor's discharge in the adversary proceeding styled *Sajid Munir and Alfalah Investments, LLC v. Antonia Lemont Tate,* Adversary Proceeding No. 6:23-ap-00036-LVV.

2

      2.      In either of those events, the Debtor must request that the Munir Objection be rescheduled for hearing.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.