ORDERED.

Dated: March 04, 2024

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Antonia Lemont Tate,                              Case No.:  6:23-bk-00162-LVV
                                                  Chapter 7

_____Debtor._____/

**ORDER GRANTING
UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME
FOR FILING A COMPLAINT OBJECTING TO DISCHARGE (Doc. No. 295)**

THIS CASE came before the Court without a hearing for consideration of the United States Trustee's Motion to Extend Time for Filing Complaint Objecting to Discharge filed on February 6, 2024 (Doc. No. 295; the "Motion").  The Motion was served upon all interested parties pursuant to Local Rule 2002-4 negative notice procedures.  The Court, having considered the Motion, the circumstances of the instant case, and that there was no objection or response to the Motion within the applicable negative notice period which expired on March 1, 2024, it is:

**ORDERED:**

1. The Motion is **GRANTED**.

2.       The deadline for the UST and the Chapter 7 Trustee for filing a complaint objecting to discharge pursuant to 11 U.S.C. § 727 is hereby extended through and including **April 19, 2024**.

The Clerk is directed to serve a copy on all affected parties.