ORDERED.

Dated: March 12, 2024

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

ANTONIA LEMONT TATE,           Case No.: 6:23-bk-00162-LVV

       Debtor.                        Chapter 7
_____/

**ORDER SUSTAINING TRUSTEE'S OBJECTION**
**TO DEBTOR'S CLAIMS OF EXEMPTIONS**

THIS CASE came before the Court on the Objection (the "Objection") (Doc. 278)[1] of the Chapter 7 Trustee, Robert Altman, to the Claims of Exemptions of the Debtor, Antonia Lemont Tate (the "Debtor"). A hearing was held on the Objection on March 6, 2024 and for the reasons stated on the record at the hearing, it is ORDERED:

1. The Objection is sustained to the extent the Debtor and his Non-Filing Spouse have joint debt.

2. The Debtor is not entitled to any claims of exemption under the doctrine of tenancy by the entireties pursuant to 11 U.S.C. § 522(b)(3)(B). Any property claimed as exempt on Schedule C pursuant to the doctrine of tenancy by the entireties under 11 U.S.C. § 522(b)(3)(B)

---

[1] Unless otherwise noted, defined terms from the Objection are incorporated by reference herein.

74766967;2

2

may be liquidated by the Trustee and used to pay the claims of creditors who hold claims jointly against both the Debtor and his Non-Filing Spouse.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.