**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 6:23-bk-00162-LVV |
| | Chapter 11 |
| ANTONIA LEMONT TATE | Subchapter V |
| Debtor. | |
| _____/ | |

**SUPPLEMENT TO MOTION TO ENFORCE THE COURT'S FEBRUARY 21, 2024 ORDER (DOC. 304) AND FOR CONTEMPT OF COURT, WITH INCORPORATED MEMORANDUM OF LAW (DOC. 322)**

Creditor, RAPID GROWTH HOLDINGS, LLC ("Creditor"), by and through its undersigned counsel, files this Supplement to the motion to enforce the Court's February 21, 2024 Order (Doc. 304) (the "Order") and for contempt of Court (Doc. 322) (the "Motion for Contempt"), against the Debtor, ANTONIA TATE, and his spouse, SHERRI TATE (collectively, the "Tates"), and in support states as follows:

**INTRODUCTION**

Creditor and the Tates previously entered into a settlement agreement that this Court approved through the Order. Despite clear directives from this Court, the Tates committed multiple violations of the Order leaving Creditor no choice but to file the Motion for Contempt.

Subsequent to Creditor filing the Motion for Contempt, the Tates filed a dismissal of their appeal and dismissed any and all pending counterclaims or third-party claims as required by the Order. On April 4, 2024, the Tate's in fact delivered the keys to the Homestead to Creditor.

However, on April 8, 2024, Creditor took possession of the Homestead and discovered the Tates had committed multiple additional violations of paragraph 7 of the Order. This conduct warrants additional sanctions.

## ARGUMENT

This Court has unquestioned authority to enforce compliance with its orders. 11 U.S.C. § 105.  It is axiomatic that a bankruptcy court necessarily has the power to enforce its own orders. *E.g. Golf Club at Bridgewater, L.L.C v. Whitne Bank*, Bankruptcy Court Case No. 8?09-bk-10430-CED, 2013 WL 1193182, *4 (M.D. Fla. March 22, 2013). That Court's exercise of that power is necessary to vindicate the Court's authority and to enforce compliance with the Order.

Paragraph 7 of the Order directed Tony Tate and Sherri Tate to "vacate the Homestead in its condition as of the date of the MSA, except for normal wear and tear, and shall leave in place all fixtures and appliances." The Order warned Debtors that:

> Failure of the Debtor and Sherri Tate, and any other person claiming possession or a right, title, or interest in the Homestead through them, to so vacate the Homestead shall subject them to sanctions for contempt of this Court which may include penalties, fines, or incarceration and/or the issuance of a writ of possession to be enforced by the U.S. Marshalls, or other designated law enforcement, and/or a bench warrant for their arrest.

(Order ¶7).

Here, the Tates removed many of the fixtures and appliances.  The Tates removed the refrigerator, the washer, the dryer, the garage door opener, multiple fans both inside and outside, the wall mounted mirrors in the master bedroom, the doorbell, the key-pad to the front door, window treatments throughout the house, and electronics.

Photos reflecting the new violations taken on April 8, 2024, are attached as **Exhibit 1**.  The photos are representative and not comprehensive.

These new violations of the Order warrant punitive and compensatory sanctions against Tony Tate, Sherri Tate, or both jointly and severally.

## CONCLUSION

WHEREFORE, the Creditor, RAPID GROWTH HOLDING PARTNERS, LLC, hereby respectfully requests that this Honorable Court enter all writs and orders as necessary to obtain compliance from Debtor, ANTONIA TATE, and his spouse, SHERRI TATE, with its Order, entered February 21, 2024 (Doc. 304), including, without limitation, holding the Tates in contempt, imposing a fine, issuing a bench warrant for the arrest of the Tates until, awarding Creditor its attorney's fees and costs, and granting all other remedies as may be necessary to obtain compliance with the Order.

Dated: April 24, 2024

Respectfully submitted,

*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.
Florida Bar No. 51265
**Nardella & Nardella, PLLC**
135 West Central Blvd., Ste. 300
Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com
msayne@nardellalaw.com

*Counsel for Rapid Growth Holdings, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2024, a true and correct copy of this Motion has been furnished via (i) CM/ECF to all parties registered to receive electronic notification; and (ii) via first class, United States mail, postage prepaid to Debtor, Antonia Lemont Tate at the following addresses: 3415 West Lake Mary Blvd. Suite 950702, Lake Mary, FL  32795 and 1056 Lakeside Estates Dr., Apopka, FL  32703 and non-debtor spouse, Sherri Tate, 1056 Lakeside Estate Dr., Apopka, FL 32703.

*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.

3

# EXHIBIT 1

**Stolen Appliances and Fixtures**









