ORDERED.

**Dated:  August 02, 2024**

_____

Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE:

ANTONIA LEMONT TATE                          Case No.: 6:23-bk-00162-LVV
                                                              Chapter 7

        Debtor.

_____/

## ORDER ENFORCING PRIOR CONTEMPT ORDER

        This matter came before the Court on July 23, 2024 at 2:00 p.m. upon the *Order Holding*

*Antonia Lemont Tate in Contempt of Court* (Doc. No. 366) ("Contempt Order"). After considering

the representations of counsel, the Court record, and for the reasons stated on the record, the Court

hereby finds it is:

        **ORDERED**:

        1.        Antonia Lemont Tate ("Debtor") is held to be in contempt for not complying with

the Contempt Order and is hereby required to pay the sum of $3,500.00 to Rapid Growth Holdings,

LLC ("RGH"), within twenty (21) days from the date of this Order.

2.      If Debtor fails to make the required payment within twenty-one (21) days, RGH may file a notice of non-compliance, upon which the Court will issue a bench warrant for Debtor's arrest.

3.      Debtor remains obligated to comply with all provisions of the prior Contempt Order (Doc. No. 366) not specifically modified by this Order.

4.      The Court reserves the right to impose additional sanctions, including but not limited to additional monetary penalties, for Debtor's failure to comply with this Order or any previous orders of the Court.

Attorney Michael A. Nardella is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.