**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

Antonia Lemont Tate                                  Case No. 6:23-bk-00162-LVV

                                                                            Chapter 7

Debtor(s).

_____/

**DEBTORS RESPONSE TO CREDITOR ALFALAH, LLC AND SAJID MUNIR'S CROSS-NOTICE OF 2004 EXAMINATION OF THE DEBTOR ANTONIA LEMONT TATE AND REQUEST FOR PRODUCTION OF DOCUMENTS (DE# 317)**

**COMES NOW**, Debtor, **ANTONIA LEMONT TATE**, by and through the undersigned counsel, hereby files this Response to Creditor Alfalah, LLC and Sajid Munir's Cross-Notice of 2004 Examination of the Debtor Antonia Lemont Tate and Request for Production of Documents (DE# 317), and states:

**RESPONSES**

1. In Google Drive Folder No. 1.

2. Incorrect Account Number.

3. Incorrect Account Number.

4. Bank Account never established.

5. Bank Account never established.

6. In Google Drive Folder No. 6.

7. In Google Drive Folder No. 7.

8. In Google Drive Folder No. 8.

9. Bank Account never established.

10. Bank Account never established.

11. In Google Drive Folder No. 11.

12. Bank account never established in that name.

13. In Google Drive Folder No. 13.

14. Bank Account never established.

15. Bank Account never established.

16. Bank Account never established.

17. Bank Account never established.

18. In Google Drive Folder No. 18.

19. Never Filed.

20. Never Filed.

21. Never Filed.

22. Never Filed.

23. In Google Drive Folder No. 23.

24. Never Filed.

25. Never Filed.

26. Never Filed.

27. Not Authorized to File.

28. Not Authorized to File.

29. Not Authorized to File.

30. Not Authorized to File.

31. Never Filed – Mr. Munir was a principal in this, he would have copies if any were filed.

32. Never Filed – Mr. Munir was a principal in this, he would have copies if any were filed.

33. Never Created.

34. Never Created.

35. Never Created.

36. Never Created.

37. Never Created.

38. Never Created.

39. Not Authorized to Create.

40. Never Created.

41. Not Authorized.

42. Not Authorized.

43. Not Authorized.

44. Not Authorized.

45. In Google Drive Folder No. 45.

46. In Google Drive Folder No. 46.

47. No knowledge.

48. No knowledge.

49. No knowledge.

50. Sunbiz.

51. Sunbiz.

52. Sunbiz.

53. Sunbiz.

54. Sunbiz.

55. Sunbiz.

56. Sunbiz.

57. Did not maintain (Authorized Representative to file only); No ownership.

58. Did not maintain (Authorized Representative to file only); No ownership.

59. Sunbiz.

60. Not Authorized.

61. Did not maintain (Authorized Representative to file only); No ownership.

62. Did not maintain (Authorized Representative to file only); No ownership.

63. Did not maintain (Authorized Representative to file only); No ownership.

64. SC Secretary of State Public Online Search.

65. SC Secretary of State Public Online Search.

66. Sunbiz.

67. Never Created.

68. Never Created.

69. Never Created.

70. Never Created.

71. Never Created.

72. Not Authorized.

73. Never Created.

74. Never Created.

75. Not Authorized.

76. Not Authorized.

77. Not Authorized.

78. Mr. Munir maintained.

79. Mr. Munir maintained.

80. Not Authorized.

81. Not Authorized.

82. Never Created.

83. Never Created.

84. Never Created.

85. Never Created.

86. Never Created.

87. Never Created.

88. Not Authorized.

89. Never Created.

90. Not Authorized.

91. Not Authorized.

92. Not Authorized.

93. Not Authorized.

94. Not Maintained unless by Mr. Munir, **Saltboq Globlal RE Holdings, LLC** owns with Alfalah Investments LLC, as evidenced by the HUD CLOSING STATEMENTS.

95. Not Maintained unless by Mr. Munir**, Saltboq Globlal RE Holdings, LLC** owns with Alfalah Investments LLC, as evidenced by the HUD CLOSING STATEMENTS.

96. Not Authorized.

97. Not Authorized.

98. Never Created.

99. Never Created.

100. Never Created.

101. Never Created.

102. Never Issued.

103. Never Created.

104. Not Authorized.

105. Never Created.

106. Not Authorized.

107. Not Authorized.

108. Not Authorized.

109. Not Authorized.

110. Not Maintained unless by Mr. Munir, **Saltboq Globlal RE Holdings, LLC** owns with Alfalah Investments LLC.

111. Not Maintained unless by Mr. Munir, **Saltboq Globlal RE Holdings, LLC** owns with Alfalah Investments LLC.

112. Not Authorized.

113. Not Authorized.

114. No knowledge; None.

115. No knowledge; None.

116. Google Drive Folder No. 116.

117. Google Drive Folder No. 117.

118. Google Drive Folder No. 118.

119. No knowledge; None.

120. Not Authorized.

121. Google Drive Folder No. 121.

122. Not Authorized.

123. Not Authorized.

124. Not Authorized.

125. Not Authorized.

126. Not Maintained unless by Mr. Munir.

127. Not Maintained unless by Mr. Munir.

128. Not Authorized.

129. Not Authorized.

130. Not Created.

131. Not Created.

132. Not Created.

133. Not Created.

134. Google Drive Folder No. 134.

135. Not Created.

136. Not Authorized.

137. Not Created.

138. Not Authorized.

139. Not Authorized.

140. Not Authorized.

141. Not Authorized.

142. Not Created.

143. Not Created.

144. Not Authorized.

145. Not Authorized.

146. Google Drive Folder No. 146.

147. Google Drive Folder No. 147.

148. Not Authorized.

149. Not Authorized.

150. Not Authorized.

151. Not Authorized.

152. None.

153. Maintained by Mr. Munir.

154. Not Authorized but I do have a copy in Google Drive Folder No. 154.

155. Not Authorized.

156. Not Authorized.

157. Not Authorized.

158. Not Authorized.

159. Conversation with Realtor.

160. Not Authorized.

161. Not Authorized.

162. Maintained by Mr. Munir.

163. Google Drive Folder No. 163.

164. Google Drive Folder No. 164.

165. Google Drive Folder No. 165.

166. Not Authorized – Leased thru 2026.

167. Not Authorized – Leased thru 2026.

168. Not Authorized.

169. Not Authorized.

170. Google Drive Folder No. 170.

171. No record.

172. No record.

173. No record of that; he used Debtor's account to buy crypto and paid Debtor back.

174. No record of that; he used Debtor's account to buy crypto and paid Debtor back.

175. No record of that; he used Debtor's account to buy crypto and paid Debtor back.

176. Paid to Currency Cadets in Folder.

177. Google Folder No. 177 – Recording.

178. Google Folder No. 178 – Email.

179. Verbal.

180. False Statement.

181. Not Debtor's responsibility to pay.

182. None.

183. None.

184. Invoice.

185. Google Folder No. 185.

186. No Agreement with any company called Bitsire, LLC.

187. No Receipts with any company called Bitsire, LLC.

188. No Records with any company called Bitsire, LLC.

189. Google Folder No. 189.

190. None made, website: https://alloscomp.com/bitcoin/calculator .

191. None sold by Debtor.

192. No records of communications with any company called BitFive, LLC.

193. No records maintained by Debtor; host provider maintained.

194. Florida Real Estate Broker.

195. No knowledge; None.

196. No Paycheck Stubs.

197. Google Folder No. 197.

198. Google Folder No. 198.

199. Share Holder Drafts Only.

200. Share Holder Drafts Only.

201. None maintained.

202. None maintained.

203. None maintained, cash donations in collection plate at Summit Church of Orlando as a Member/Partner of Summit Church.

204. None maintained.

205. None maintained.

206. No longer maintained from foreclosure proceedings.

207. None owned by Debtor.

208. In Google Folder No. 208.

209. See HSA Hosting & Security Agreement.

By: /s/ Justin R. Clark
Justin R. Clark, Esq.
Florida Bar No. 829471

Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: jclark@youhavepower.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Response has been furnished by US mail or electronically via ECF to: Trustee Robert Altman, PO Box 922, Palatka, FL 32718, Raye Curry Elliott, Akerman LLP, 401 East Jackson Street, Suite 1700, Tampa, FL 33602, David E Otero, Akerman LLP, 401 East Jackson Street, Suite 1700, Tampa, FL 33602, United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, Bryan E. Buenaventura, DOJ-UST, 501 East Polk Street, Suite 1200, Tampa, FL 33602, and to Debtor Antonia Lemont Tate, 3415 W. Lake Mary Blvd, Suite 950702, Lake Mary, FL 32795, this 18th day of December, 2024.

By: /s/ Justin R. Clark
Justin R. Clark, Esq.
Florida Bar No. 829471
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: jclark@youhavepower.com